UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
------------------------------------------------------------------X
DANIEL SIGUACHI (AND WIFE, NARCISA Z. SIGUACHI)

                              Plaintiffs,

    -against-

41 MADISON LP/RUDIN MGMT CO, ET AL

                              Defendant.

See Rider Attached.
------------------------------------------------------------------X

Case No.:
21 MC 102 (AKH)

Docket No.: 07CV01705

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

    Defendant, LIBERTY STREET REALTY, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendant denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    Wherefore, the defendant demands judgment dismissing the above captioned action, together with its costs and disbursements.

Dated:    New York, New York
             June 4, 2008

                                         Yours etc.,

                                         CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                         Attorneys for Defendants – LIBERTY STREET REATLY

                                         By: _____
                                             Jason J. Lavery (3366)
                                         One Whitehall Street
                                         New York, New York 10004
                                         (212) 248-8800

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

**RIDER**

DANIEL SIGUACHI AND NARCISA Z SIGUACHI,

                              Plaintiffs,

- against -

41 MADISON LP/ RUDIN MGMT CO, 80 PINE LLC, AIG REALTY, INC., ALAN KASMAN DBA KASCO, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN INTERNATIONAL REALTY CORP., ANN TAYLOR STORES CORPORATION, BANK OF NEW YORK, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., KENYON & KENYON, LIBERTY STREET REALTY, LOGANY LLC, MERRILL LYNCH & CO, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE BROADWAY, LLC, RECTOR OF TRINITY CHURCH, RUDIN MANAGEMENT CO. INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP INC., TUCKER ANTHONY, INC., VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFPTOWER D HOLDING I G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL

                              Defendants.

                                    X