```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIEL SIGUACHI (AND WIFE, NARCISA Z.      Case No.:
SIGUACHI)                                  21 MC 102 (AKH)

              -against-           This Order relates to:
                                           Docket No.: 07CV1705

41 MADISON LP/RUDIN MGMT CO, ET AL         **STIPULATION**
                                           **OF DISCONTINUANCE**
See Rider Attached                         **AS TO LIBERTY STREET**
-------------------------------------------------------------X  **REALTY ONLY**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant LIBERTY STREET REALTY, only as to the claims being made as to the premises located at 10 Liberty Street, New York, New York shall be and the same hereby are discontinued without prejudice and without costs to any party as against the other.

     **IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that the LIBERTY STREET REALTY is a proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

     This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
August 19, 2008

| CALLAN, KOSTER, BRADY & BRENNAN, LLP<br>Attorneys for Defendant -<br>LIBERTY STREET REALTY | WORBY GRONER EDELMAN & NAPOLI BERN, LLP<br>Attorneys for Plaintiffs |
|---|---|
| _____<br>Vincent A. Nagler (6400)<br>One Whitehall Street, 10th Floor<br>New York, New York 10004<br>(212) 248-8800 | By: _____<br>Christopher R. LoPalo (CL-6466)<br>350 5th Avenue - Suite 7413<br>New York, NY 10118<br>(212) 267-3700 |

SO ORDERED: 9-3-08

_____
HON. ALVIN K. HELLERSTEIN